UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **SHAYNE FRANCES O'CONNELL**, a South Carolina resident,<br><br>Plaintiff,<br><br>vs.<br><br>**SEVEN SEAS CRUISES S. DE R.L.**, d/b/a **REGENT SEVEN SEAS CRUISES**, a Panama Limited Liability Company,<br><br>Defendant. | Civil Action No. 1:24-cv-20482<br><br>**PLAINTIFF'S NOTICE OF REFILING AND/OR RELATED CASES** |

Plaintiff, Shayne Frances O'Connell, by and through her undersigned counsel, hereby submits this Notice of Refiling and/or Related Cases as required by this Court's Order of June 5, 2024 (ECF No. 18), in compliance with Section 2.15.00 of the Internal Operating Procedures of the Southern District of Florida, and hereby represents that there are no previous filings of the above-captioned cause, no previous filings of actions that concern substantially similar factual allegations and legal issues or related cases to the instant action.

Respectfully submitted

**WALKER GRESSETTE & LINTON, LLC**
<u>Mail:</u>   P.O. Drawer 22167, Charleston, SC 29413
<u>Office</u>: 66 Hasell Street, Charleston, SC 29401
<u>Phone</u>: (843) 727-2200

By: <u>/s/ Jennifer S. Ivey</u>
**Jennifer S. Ivey**
FL Bar No. 116192
Direct: (843) 727-2216
Ivey@wglfirm.com

**ATTORNEYS FOR PLAINTIFF SHAYNE FRANCES O'CONNELL**